NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BERNINA INTERNATIONAL AG,**
*Appellant*

**v.**

**HANDI QUILTER, INC., TACONY CORPORATION,**
*Appellees*

---

2015-1229

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00364.

---

## JUDGMENT

---

ANTHONY S. VOLPE, Volpe and Koenig, P.C., Philadelphia, PA, argued for appellant. Also represented by RYAN W. O'DONNELL, MAX S. MORGAN.

ROBERT PARRISH FREEMAN, JR., Maschoff Brennan P.L.L.C., Park City, UT, argued for appellees. Also represented by MARK W. FORD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 5, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |